# The Judicial District Court of the state of Texas for Harris County/Houston

United States Courts
Southern District of Texas
F I L E D
MAY 14 2020
David J. Bradley, Clerk of Court

People
Plaintiffs/Asylee Advocates § 

vs §

① Harris County/Houston, et al., § Civil Action: "False Imprisonment"
② Texas Dept. of Crim. Justice, et al. § "False Arrests"
③ Texas state, et al. § "Malicious Persecutions"
Defendants/Respondents §

## Notice: The Fight For Freedom Petition Against Illegal Incarceration

After the courts "granting" of the 11.07 Writ of Habeas Corpus: I'm still "illegally incarcerated"...

*See: Clerk, Louise Pearson of the Court of Criminal Appeals of Austin Texas upon Date: 1/25/10
Writ No: WR-47,835-02/749119-B ("Charges Dismissed")
Writ No: WR-47,835-03/774678-A ("Charges Dismissed")

*See: Clerk, Deana Williamson of the Court of Criminal Appeals of Austin Texas upon Date: 10/2019
Writ No: WR-47,835-02/749119-B ("Charges Dismissed)"
Writ No: WR-47,835-03/774678-A ("Charges Dismissed)"
Writ No: WR-47,835-04 ("Mandamus Granted")

- **case**: Donald E. Cozine vs J.H. Crabtree, 15 F. Supp. 2d 997 (1998) (failed to release, although were given freedom) pgs. 997-998; West's Ann. Cal. Penal Codes 2900(b)(2) 18 USCA 3584(a)(sentence impose); 5 USCA 552 et seq. 5th amend.; supra, page 999, page 1003 Cozine's Immediate Release from prison) followed by Del Guzzi vs U.S., 980 F.2d 1269 (1992); Charles A. Jackson vs Louisiana, 980 F.2d 1009 (1993) (wrongful arrests) LSA Const. articles 5, 27, 32; LSA Const. 1913 article 142 LSA Const. 1898 article 142; R.S. 33:1435-40:2402 La. C. Crim. Proc. 213 & La. Const. 5, 27, 32 (1974) Spencer Charles Parker vs Ft. Worth Police, 980 F.2d 1023 (1993) (false arrests) (unlawful detention); 28 USCA 1915(d) (abuse of discretion); Darby, 939 F.2d 311-314 (1991)

- **see**: Ben Earl Browder vs Div. Dept. of Ill., 434 US 258, 98 S.Ct. 556 (1978) (release from custody after Habeas Corpus); Fed. R. Civ. P. 52, 52(b), 59, 60(b) Fed. R. App. P. 4(a); 28 USCA 2253; Fed. Hab. Corp. 83 Harv. L. Rev. 1038, 1192, + n. 262 (1970); Watson vs state, 204 S.W. 3d 404 (2006) "reversed", "nee revise" Tex. Codes Crim. Proc. 44.25; "old cold" (1856) "The courts may reverse the judgment in a criminal action"; Texas Const. of 1836 "appellate jurisdiction"); Const. of (1879) ("no evidence") Texas Const. of 1870) article 1, section 12 ("Habeas Corpus") "Habeas Corpus - Writ body" U.S. Const. article 1, section 9; 28 USCA 2241 et seq. (English stat. 31 Car. 2, c.2) amended by (st. 56 Geo 3, c.100"); Davis vs U.S., 160 US 469, 16 S.Ct. 353 (1895) (under; double jeopardy)

- See: Anders vs California, 386 US 738, 87 S.Ct. 1396, 18 L.ed. 2d 493 (1967) followed by Raymond F. Gross vs Douglas Dretke, H-04-136 ("for relief at parole") Madison vs Parker, 104 F.3d 765, 768 (1997); Paine vs Baker, 595 F.2d 197 (1979) "expungement of criminal records") Fed. R. Civ. 34; N.C. Gen. Stat. 148-74, 148-76; Bromley vs Crisp, 561 F.2d 1351 (1977); Pruett vs Levi, 622 F.2d 256 (1980); 28 C.F.R. 2034 (a)(b); 28 C.F.R. 2037, 2038 28 USC 1331; Okla. Stat. Title 10, 1112(b)(1971); Okla. Stat. Title 21, 1109(b)(1971); 10 Ohio Supp. 1969, section 1109(a) Earley vs Annucci, 718 F.3d 157 (2013) ("post-release from prison"); 42 USCA 1983; N.Y. Penal Law 70.45(1)(2); N.Y. Penal Law 70.00; N.Y. Sentencing Reform Act of Jenna's Law Tex. Civ. Stat. 6181-1, 4 (1988); Tex. Gov. Codes 498.003(a)(2004) Tex. Gov. Codes 508.141 (1998); Tex. Gov. Codes 508.001 ("eligibility of parole")

- See: "False Imprisonment": Colum. L. Rev. 847-55 (1955) ("Consciousness of Confinement"); Greene vs Massey, 437 US 19, 98 S.Ct. 2151 (1978) ("double jeopardy"); Sanabria vs U.S., 437 US 53, 98 S.Ct. 2170 ("double jeopardy"); 18 USCA 3731 (1976)

- See: ("Emergency Removal Orders"); (1979-80) Op. Va. Att'y. Gen. 208; Ala. Codes 26-14-6 (1992); Tex. Fam. Codes 17.03 (1993) Ark. Codes Ann. 12-12-516 followed by 2 Stan. L. Rev. 5 (1949); "Law of the Land" "The Magna Carta" 1350, 4-9 Henry 3 c. 29 (1225) c. 39 King John in 1215; 5-25 Edward 3, statues, c. 4 6-28 Edward 3, c. 5 8 Coke's Institutes, 2nd parts 50 (1st ed. 1642) "No man", shall be, stripped of his "free-state", "free-hold" without, due process of law... U.S. Const. Amend. 4th, 5th, 6th "Chambers vs Florida"; "Great Charter of the Franchises" of "England" Palko vs Connecticut, 302 US 319, 325 (1932); Burns Baking Co. vs Bryan, 264 US 504 (1924); U.S. vs Hudson, 7 Cranch 32 (1812); Calder vs Bull, 3 Dall. 386, 398 (1798) ("The Bill of Rights"); Q.R. Company vs Chicago, 166 US 226 (1892) ("The adoption of the 14th amendment")

- See: ("Assault to Murder") Pleasant vs State, 144 S.W. 2d 545 v. A.T.O. Penal 46.05, 489(c); U.S. vs Stacey Koon, 34 F.3d 1416-1451 U.S.S.G. 2A2.2; 18 USCA 242; 18 USCA 3553(a)

3

**See:** "(Texas'/New York's jails/prison escapes 1997-1999 + 2015) followed by Deathrow's James Wallace "Howard" Guidry, Connally's Patrick Murphy... Ensio Ruben Lakeside vs Oregon, 435 US 333, 98 S.Ct. 1091 (escapes); 5 J. Bentham, "Rationale of Judicial Evidence 209 (1827); 8 J. Wigmore, "Evidence", Section 2272 p. 426; Wigmore, "Nemo Tenetur Seipsum Prodere, 5 Harv. L. Rev. 71, 25-88 (1891) followed by Pound, "Legal Interrogation of Persons Accused or Suspected of Crime", 24 J.Crim.L.C. + P.S. 1014 (1934); W. Schaefer, "The Davils of Due Process in Criminal Detention", 33 U.Chi.L.Rev. 657, 677 (1966)

**See:** Raymond K. Procunier vs Apolinar Navarette Jr., 434 US 555, 98 S.Ct. 855 (1978) (negligent interference with out-going mail) Jackson, 400 F.2d 529 (1968); Guadalupe Garjardo vs Estella; Guadalupe Gajardo vs Mc Adams (Censorship) followed by Bounds vs Smith (access to courts) Ex Parte Hull

**See:** Philadelphia Newspapers, Inc. vs Jerome, 434 US 242, 98 S.Ct. 546 (1978) (press, media access during trial) followed by Thornburgh vs Abbott, 109 S.Ct. 1874, 490 US 402 (1989) Fed. R. App. 4.(a)(1)(A)(B)(i); Local Rule 6.3; Fed. R. Civ. Pro. 59(e) Branzburg vs Hayes, 408 US 665, 92 S.Ct. 2646 ("exposing corruption"); Houchins vs KQED, Inc., 438 US 1, 98 S.Ct. 2588 (1978)

4

"Anthology" - a collection of excerpts / gatherings
Merriam Webster's Collegiate Dictionary (2014-2019)

1) Michelle Alexander, "The New Jim Crow: Mass Incarceration in the age of Colorblindness" (2010)
2) Marc Mauer, "Race to Incarcerate" (1999)
3) Charles S. Johnson, "Shadow of the Plantation" (1934)
4) John Bartlow Martin, "The Deep South Says 'Never'" (1957)
5) Mab Segrest, "The Memoir of a Race Traitor" (1994)
6) Ralph J. Bunche, "The Political Status of the Negro in the age of F.D.R." (1973)
7) Eugene D. Genovese, "Roll: The World Slaves Made" (1974)
8) William H. Hastie, "On Clipped Wings: The Story of Jim Crow" N.A.A.C.P. (1943)
9) Thomas J. Sugrue, "Sweet Land of Liberty: The Ferguson Struggle for Civil Rights in the North (2008)
10) Scot Brown, "Fighting For Us: Maulana Karenga, the U.S. Organization and Black Cultural Nationalism" (2003)
11) Jacqueline Dowd Hall, "The Long Civil Rights Movement and the Political Uses of the Past" (2005)
12) Nikhil Pal Singh, "Black is a Country: Race and the Unfinished Struggle for Democracy (2004)
13) Yohuru Williams, "Black Politics / White Power: Civil Rights, Black Power, and the Black Panthers in New Haven (2000)
14) Gilbert Jonas, "Freedom's Sword: The NAACP and the Struggle Against Racism in America, 1909-1969" (2005)

"Synopsis" of law at work

Baker vs Carr, 369 US 186 (1962) (racial state representatives)
Gomillion vs Lightfoot, 167 F. Supp. 405 (1958)
U.S. vs Alabama, 192 F. Supp. 677 (1961)
William vs Wright, 249 Ala. 9

5

The murders: Due to the hands of police

Freddie Gray of Baltimore, MD (2014)
JaQuan McDonald of Chicago, IL (2014-2016)
Oscar Grant of Oakland, Ca. (2009-2010)
Tamir Rice of Ohio (2008-2010)
Michael Brown, Jr. of Ferguson, MO (2014)
Terrance Crutcher of Tulsa, OK (Sept. 2016)

* see Marc Mauer, "Young Black Americans and the Criminal Justice System" (1995) followed by
② Michelle Alexander, "The Jim Crow: Mass Incarceration in the Age of Colorblindness" (2010); Journal of Criminal Law and Criminology 96, no. 3 (2006)
③ Daniel S. Freed, "The Nonsystem of Criminal Justice" in Report to the Task Force on Law and Law Enforcement (Violence Commission, Vol. 13, 1969)
④ Ida B. Wells, "Southern Horrors: Lynch Law" (1892)
⑤ Edward Peeks, "Behind the Charges of Police Brutality" (June 29, 1957)

## Prayer

We pray that the above court(s) would grant thus "Petition"... As citizens of the United States of America... For, we are, "fighting illegal incarceration"/"False Imprisonment"...

## Oath

I, ~~Patrick Arnold White, Sr.~~, swears to the above and foregoing to be true and correct. To the best of my/our knowledge... * see: 28 USCA 1746

Sincerely,
Mr. White, Sr., Pat. A.

c.c. filed: 5/9/20

6

NAME Mr. Patrick R. White, Sr.
TDC# 827179
2101 FM 369 N
IOWA PARK, TEXAS 76367
7 Building G-pod 53 Bottom

United States Courts
Southern District of Texas
FILED
MAY 14 2020
David J. Bradley, Clerk of Court

U.S. District Clerk,
P.O. Box 61010
Houston, TX. 77208